UNITED STATES BANKRUPTCY COURT
District of Oregon

| | |
|---|---|
| In re | ) Hearing Judge: Teresa H Pearson |
| Boris Marikovich Shapiro | ) Case No. **26-32776-thp13** |
| Olya Borisovna Shapiro | ) CHAPTER 13 CONFIRMATION |
| Debtor(s) | ) WORKSHEET |

Attorney: Self Represented (late) Trustee Representative: JORDAN S HANTMAN

**Present:** (x) Debtor () Jt. Debtor () Attorney Conf. Hrg. Date/Time: 10/01/2026 9:00 AM

**Additional Participants:**

**Trustee Objection(s)**
______ Resolved and recommends confirmation.
______ Plan payments have not been received.
______ Plan payments are not current.
x Other: Trustee objection remains.

**Creditor Objection(s)**
______ IRS ______ ODR Creditor(s):

**Plan Confirmed**
______ Order has been lodged.
______ Order to be lodged after hearing.

**Plan Denied**
x Debtor wants to file an amended plan.
______ Other reason:
28 # of days or by _______ file an amended plan. (1355.05)
______ Adjourned hearing date given in court ________________________

**Other Orders**
______ Order to file tax returns ______ IRS ______ ODR ______ Other:
______ Returns due within ______ days.
______ Service Order. ______ Fee reduction. ______ Send letter.
______ 7-day order requiring presentation of proposed confirmation order.

**Adjourned Hearing**
______ Adjourned confirmation hearing to be held on ____________________________
______ Evidentiary confirmation hearing to be held on ____________________________
______ via Telephone ______ by Video ______ in Courtroom # ________
______ Trustee motion to dismiss continued.
______ Noticed in court. ______ Notice to be sent to interested parties.

**Notes:**

Mr. Hantman reported the debtors have been very responsive and believes the outstanding issues could be resolved with an amended plan. Mr. Hantman recommended denial of confirmation with 28 days to file an amended plan.

Mr. Shapiro appeared on the 10:00 a.m. docket. Mr. Hantman and the court reported the ruling to the debtor. Mr. Shapiro confirmed the debtors will submit an amended plan to Mr. Hantman's office for review prior to uploading the proposed amended plan. They will need to contact the courtroom deputy for an adjourned confirmation hearing date before filing the amended plan.