**U.S. BANKRUPTCY COURT**
**DISTRICT OF OREGON**
**F I L E D**

**October 2, 2026**

**Clerk, U.S. Bankruptcy Court**

**Below is an order of the Court.**

Teresa H. Pearson
**U.S. Bankruptcy Judge**

ODCGT (11/24/03) seb

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

| | |
|---|---|
| In re<br>**Boris Marikovich Shapiro**<br>**Olya Borisovna Shapiro**<br><br>*Other names used by joint debtor:* Olga Borisovna Garrison<br>Debtor(s) | Case No. **26−32776−thp13**<br><br>ORDER DENYING CONFIRMATION AND GRANTING ADDITIONAL TIME TO FILE DOCUMENTS |

**IT IS ORDERED** that confirmation of the debtor's plan dated **8/1/2026** is denied for the following reason(s):

**Debtor(s) wants to file an amended plan.**

**IT IS FURTHER ORDERED** the debtor(s) take the following action:

**File an amended plan (using Local Form 1355.05) within 28 days of the above "Filed" date. [NOTE: If an adjourned hearing was not set by the court, you must obtain a hearing date and time pursuant to pt. 2 of Local Form 1355.05.]**

**IT IS FURTHER ORDERED** that if the debtor(s) fails to comply with the above requirements, or fails to file a motion to convert this case to a case under Chapter 7 by the time specified in the above paragraph, this case may be dismissed without further notice or hearing.

###